**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: 1:24-cv-02466-TPO

DEBORAH KATZ,

    Plaintiff,

v.

WALMART, INC., and
ALFF CONSTRUCTION, LLC

    Defendants.

---

**PRIVILEGE LOG OF ALFF CONSTRUCTION, LLC'S PURSUANT TO ITS F.R.C.P. 26(a)(1) INITIAL DISCLOSURE CERTIFICATE**

---

Defendant Alff Construction, LLC ("Alff"), by and through its counsel Ray Lego & Associates, hereby submits its Privilege Log to its Initial Disclosures pursuant to F.R.C.P. 26(a)(1) as follows:

| BATES NUMBER | DESCRIPTION | REASON WITHHELD |
|---|---|---|
| Alff Initial Disclosures000001 | Header | Attorney Work product; Anticipation of litigation |
| Alff Initial Disclosures000002-10 and 17-30 | Claim Evaluation and Analysis; Attorney client Communications 8/29/24 to 9/13/24, and 8/16-9/10/24 Reserve and Reserve Analysis 8/16/24, 8/21/24 | Attorney Client Privilege, Work product; Mental impressions Anticipation of litigation from date of filing of the Complaint |

1

| Alff Initial Disclosures000012 | Reserve and Reserve Analysis 3/21/23, 3/13/23 | Work product; Mental impressions |
|---|---|---|
| Alff Initial Disclosures 000015 | Claim Evaluation and Analysis 2/17/23. Reserving process. | Work product; Mental Impressions |
| Alff Initial Disclosures 000149, 152, 165-178, 183-186, 188, 191-202, 215-222 | Claim Evaluation and Analysis; Attorney Client Privilege, 8/8/24-8/12/24 | Work product; Anticipation of litigation from date of filing of Complaint to the present |
| Alff Initial Disclosures000280-284 | Attorney Communication with Client 8/21/24 | Attorney Client Privilege |
| Alff Initial Disclosures000295-302 | Attorney Analysis | Attorney Work Product/attorney client privileged communication |
| Alff Initial Disclosures000306-307, 393-404, 456, 470-471, 473, 580-584, 586-637, 639-704, 709 | Premium and Deductible | Proprietary Financial Information |

Respectfully submitted this 10th day of December 2024.

*/s/    Thomas E. Hames*
**Thomas E. Hames, Esq.,**
RAY LEGO & ASSOCIATES
10825 E. Geddes Ave., Ste. 100
Centennial, CO  80112
Telephone: 720-963-7000
Direct:  720-963-7019
E-mail: thames@travelers.com
Attorney for Defendant Alff Construction, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2024, I sent a copy of the **PRIVILEGE LOG OF ALFF CONSTRUCTION, LLC'S PURSUANT TO ITS F.R.C.P. 26(a)(1) INITIAL DISCLOSURE CERTIFICATE** to the following parties in the way described:

| | | |
|---|---|---|
| COUNSEL FOR PLAINTIFF DEBORAH KATZ:<br><br>Nathan T. Mattison, Esq., #38627<br>Jimoh Yussuf, Esq., #51443<br>Law Offices of Dianne Sawaya<br>4500 Cherry Creek Drive South, Suite 1030<br>Denver, CO 80246<br>nmattison@dlslawfirm.com;<br>jyussuf@dlslawfirm.com; | <br><br><br>x<br> | via US Mail postage Prepaid<br>via hand delivery<br>via email transmission<br>via Court Electronic Filing System<br>Other: |
| CO-COUNSEL FOR WALMART:<br><br>Rachel T. Jennings, Esq., #46236<br>Sutton Booker<br>4949 S. Syracuse St., Ste. 500<br>Denver, Colorado 80237<br>rjennings@suttonbooker.com | <br><br><br>x<br> | via US Mail postage Prepaid<br>via hand delivery<br>via email transmission<br>via Court Electronic Filing System<br>Other: |
| CO-COUNSEL FOR WALMART:<br><br>Marjorie Taylor Kruse, Esq.<br>Michael Jason Decker, Esq.<br>Murphy & Decker<br>730 17th Street, Suite 925<br>Denver, CO 80202<br>tkruse@murphydecker.com;<br>mdecker@murphydecker.com; | <br><br><br>x<br> | via US Mail postage Prepaid<br>via hand delivery<br>via email transmission<br>via Court Electronic Filing System<br>Other: |

*/s/Amy M. Plank*
Susan Mary Smith, 801-269-5633
Amy M. Plank, 720-963-7014
Thomas E. Hames, 720-963-7019
Ray Lego & Associates
10825 East Geddes Avenue, Suite 100
Centennial, CO  80112
ssmith4@travelers.com
amplank@travelers.com
thames@travelers.com